UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **15-962M**

2) Defendant's Name: **Kobeissi** (Last)  **Iman** (First)  ___ (M.I.)

3) Age: ___

4) Title: ___  Section(s): ___

5) Citizen of: ___  Needs: ___ Interpreter

6) Arrest Warrant Issued: ___  Date and time of arrest: ___

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: ___Yes ___No   Other District: ___

8) Name of Interpreter used today: ___  Language: ___

9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: **10/9/15**

10) Detention Hearing Held: ___  Bail set at: ___  ROR Entered: ___  POD Entered: ___

11) Temporary Order of Detention Entered: ✓   Bail Hearing set for: **10/13/15 at 2PM**

12) (a) Preliminary Hearing set for: ___ ; or waived: ___

   (b) Removal Hearing set for: ___ ; or waived: ___

   (c) Status Conference set for: ___

13) ASSISTANT U.S. ATTORNEY: **Gina Parlovecchio + Steve Tiscione**

14) DEFENSE COUNSEL'S NAME: **Susan Kellman**
   Address: ___
   Bar Code: ___  CJA: ___  FDNY: ___  RET: ✓
   Telephone Number: ( ___ ) ___

15) LOG #: **3:29 - 3:34**   MAG. JUDGE: **Pollak**

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
   ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
   ___ Additional surety (ies) to co-sign bond by ___

Other Comments/Rulings: **Arabic int. requested for future proceedings.**

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF ___, 20__

_____
UNITED STATES MAGISTRATE JUDGE